UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 16-308(1) (ADM/TNL)

UNITED STATES OF AMERICA,

Plaintiff,

v.

TYVION WANYE BENSON,

Defendant.

**POSITION OF THE UNITED STATES
WITH RESPECT TO SENTENCING**

The probation officer has calculated a guideline range of Level 25/Category II = 63-78 months. This is slightly higher than the range contemplated by the plea agreement, which was Level 23/Category II = 51-63 months. The difference is that the probation officer assigned a four-level increase for possession of a firearm with an obliterated serial number rather than a two-level increase for possession of stolen firearms. The plea agreement precludes the government from endorsing the recommended four-level enhancement. The discrepancy is largely academic because the statutory maximum for the count of conviction is 60 months and because the plea agreement obligates both parties to recommend a sentence of 60 months. Plea Agreement ¶ 12.[1]

---

[1] There does not appear to be a sufficient factual basis for the obliterated serial number enhancement in any event. The gun in question is a 9 mm Beretta, recovered by police in the March 25, 2015 incident involving the making of the threatening gang video. See PSR ¶ 26. The serial number on the gun obviously is legible because it is referenced in the presentence report itself as "BER 189394." PSR at page 4 and ¶ 26. The police report relating to the recovery of this gun states "[t]here appeared to be scratch marks where the

A sentence of 60 months, as stipulated in the plea agreement, is fully warranted. The defendant is a prominent member of the violent street gang called the Hit Squad. He has been an active participant in the on-going gang war with the HAM Crazy gang. At least one of the incidents described in the presentence report involved Benson being involved in the shooting of a HAM Crazy member. PSR ¶ 24. He also participated in the making of a threatening gang video targeting the rival HAM Crazy gang. Id. ¶ 26. These types of videos fuel the gang warfare by inciting the other side to violence, resulting in retaliation back and forth.

Benson has shown he will not stay away from guns. He was arrested in possession of a total of nine firearms during the 15-month period July 2014 through October 2015. Id. ¶ 34. Three of the guns were stolen. Id. On one occasion, he tried to get a female passenger in his car to take the fall for his gun. Id. ¶ 27.

Although Benson is only 20 years old, he already has a lengthy criminal history involving firearms. He started carrying a gun as a juvenile. PSR ¶ 58. He also has three adult convictions involving possession of a firearm. PSR ¶¶ 61, 62, 63.

Given Benson's record to date, he presents both an extreme danger to the public and an extreme likelihood of re-offending. A sentence of 60 months is necessary to protect the public.

---

serial number was on the front of the gun," but the serial number was nevertheless legible. At best, the scratch marks indicate that someone *unsuccessfully* attempted to obliterate the serial number.

Dated: April 17, 2017

Respectfully Submitted,

GREGORY G. BROOKER
Acting United States Attorney

s/ Jeffrey S. Paulsen

BY:  JEFFREY S. PAULSEN
Assistant U.S. Attorney
Attorney ID No. 144332