# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## SENTENCING

UNITED STATES OF AMERICA,

        Plaintiff,

v.

Kendall Dvontae Pruitt (5),

        Defendant.

## COURT MINUTES - CRIMINAL

| | |
|---|---|
| Case No: | 16cr308(5) ADM/TNL |
| Date: | April 20, 2017 |
| Court Reporter: | Tim Willette |
| Courthouse: | Minneapolis |
| Courtroom: | 13W |
| Time Commenced: | 10:05 a.m. |
| Time Concluded: | 10:30 a.m. |
| Time in Court: | 25 Minutes |

Before Ann D. Montgomery, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:

For Plaintiff:  Jeffrey Paulsen, Assistant U.S. Attorney
For Defendant: Kendall Dvontae Pruitt (5):   Eric Hawkins, CJA

☒ Sentencing

IT IS ORDERED:

Defendant is sentenced to:

| Count No. | Plea | BOP | SR |
|---|---|---|---|
| 1 | ☒ | 53 months | 3 years |

☒ Special conditions of: **See J&C for special conditions**
☒ Defendant sentenced to pay:
    ☒ Special assessment in the amount of $100 to be paid.
☒ Plea and plea agreement accepted.
☒ Defendant remanded to the custody of the U.S. Marshal.

s/Jackie Ellingson
Signature of Courtroom Deputy